## Commonwealth *v.* Pugh, Appellant.

Submitted November 8, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Michael L. Levy* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant.

*Mark Sendrow, James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1972:

The orders of the Superior Court and the Philadelphia Court of Common Pleas, insofar as they relate to the judgment of sentence imposed at Nos. 409-411, January Term, 1962, are reversed. *See, Com. v. Mills,* 447 Pa. 163, 286 A. 2d 638 (1971).

The orders of the Superior Court and the Philadelphia Court of Common Pleas which relate to the judg-

584

ment of sentence imposed at No. 1477, May Term, 1956, are affirmed. *See, e.g., Com. v. Black,* 433 Pa. 150, 249 A. 2d 561 (1969).

The former Mr. Chief Justice BELL and the former Mr. Justice BARBIERI took no part in the decision of this case.